E-filing

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

3  Name  Cranford       Terry      D.
        (Last)          (First)    (Initial)

5  Prisoner Number  J-79096

6  Institutional Address  Terry Cranford  J-79096  4-14-C
7  San Quentin State Prison, San Quentin Calif. 94974

===============================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terry Dale Cranford
(Enter the full name of plaintiff in this action.)

vs.

California Department of Corrections
Rehabilitation
Robert L. Ayers - Warden
Sergent Canyon - West block
Officer Stokley - West block
(Enter the full name of the defendant(s) in this action)

Case No. C 07 4611 SBA (PR)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  San Quentin State Prison

B.  Is there a grievance procedure in this institution?
    YES (X)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES (X)    NO ( )      In Process Plaintiff needs Injuntive Relief Transfer.

D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                    - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why.
3  1. Informal appeal __waived after taking 30 days__
4  __assigned to A W 4 Log Number__
5  __C.S.Q 2-07-02889_____ 2. First
6  formal level __Due back 8-29-2007 but Plaintiff__
7  __is ask court for Injuntive Relief of__
8  __Transfer so he is no longer Punished__
9  3. Second formal level _____
10
11  _____ 4 Third
12  formal level _____
13
14
15  E.   Is the last level to which you appealed the highest level of appeal available to
16       you?
17        YES ( )    NO (X)
18  F.   If you did not present your claim for review through the grievance procedure,
19  explain why. __Because Appeals Coordinator violate Time__
20  __Restraint's and Plaintiff is Asking for court order__
21  __Transfer so he no longer suffers Because of__
                                                    __misconduct.__
22  II.   Parties
23  A.   Write your name and your present address. Do the same for additional plaintiffs,
24       if any.
25  __Terry Dale Cranford__
26  __J-79096   4-14-Carsen__
27  __San Quentin State Prison 94974__
28  B.   Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                              -2-

1      place of employment.
2 John Dovey Director of Corrections an Rehabilitations
3 Robert L Ayer's. Warden of San Quentin
4 Sergant Canyon 2nd Watch Sargant West Block
5 Officer Stokley 2nd Watch Officer West Block
6 California Department of Corrections AN
7 Statement of Claim      III. Rehabilitations

    State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

12 1. This is a 1983 civil action by Terry Dale
13 Cranford a state prisoner, alleging violation of
14 his state and federal Constitutional Rights. Plaintiff
15 is seeking Injuntive Relief and money damages
16 2. On 6-12-2007 I was a state Prisoner in west
17 Block, San Quentin State Prison Cell 1-W-67 a
18 officer came and keyed my cell door at about
19 6:30 a.m to let Jebiria Moore my cellie out
20 to medical ducat and left door unlocked.
21 3. At approximatley 7:00 a:m I left my
22 cell and went to back of west Block by stair
23 case to see if there was any work I could
24     Addictional Pages attached.

IV.   Relief

    Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 Injuntive and monetary damages of

COMPLAINT      -3-

1 | ask officer Davis I could do. me being Triple cms
2 | prisoner and officer Davis Letting me out of
3 | cell sometimes to work to keep Anxiety down
4 | 4. while back there a c/o stokley called me
5 | from Third Tier stairs, I was on the second Tier
6 | saying hey what Are you doing. I told him,
7 | And he said I messed up his unlock. I ask him
8 | If I could go back to my Cell. He said no And
9 | excorted me to the sergants office, I walk in
10 | And stood by the left wall.
11 | 5.   He walked In And Past me shut the back
12 | door, Turned And coming back Punched me with
13 | his Fist with out saying a word Twice In the
14 | Right Side of head, splitting my upper denture.
15 | 6. I went down to the Floor to keep From getting
16 | Punched Any Futher And stokley started Kicking
17 | me In my Right Side. Serganf Canyon And
18 | officer Davis Came In back door of office Told
19 | stokley To quit I had enough.
20 | 7.  Sergant Canyon ask me what happened, I told
21 | And he ask me why I didn't Just wait Til After
22 | Breakfast And ask that they usally Let me work when
23 | There is something To do. I told him I had serous
24 | Pain In my side, And my dentures were split. And
25 | That I did Not Raise A hand To This officer And
26 | don't know why he beat me the way he did.
27 | 8.   Canyon Then had Davis Put me In cage In
28 | Rutunda. Davis came back After About 30 minutes

4

1 Told me To go To breakFast And Come TALK To him when
2 I got back.
3    9. On my way back From breakFast I got
4 Consulted by medical sergant Leola because I
5 was Not suppose To be on yard That early
6 IN The morning. Sergent Canyon came out of
7 west block before I Really got To TALK To Leola
8 And Told me To go back IN west block.
9    10. I went back TAlKed with Davis he ask me
10 IF I wanted To work Regularly For him. I said
11 I did Not Know I did not what oFFicer Stokley
12 To TRy Any Thing To cover up what he done
13 To me. Davis Assured me This would not happen
14 So I started working as A Porter. I Then Ask
15 him About getting my dentures Fixed And
16 medical Attention, he said sergent Canyon said
17 he would TAKe care oF It, he had To Fill out memoranda
18    11. On 6-13-2007 At approvimatley 6:30 A.m when
19 oFFicer Davis Came And got me out of cell for
20 work, I Told him I had serous Pain In my side
21 he said he would go get me Tylenol And came
22 back with 60 325 m.g. Tylenol And gave Them
23 To me.
24    12. On 6-14-2007 I Ask Canyon Again About
25 Fixing my dentures An let him Know Davis got
26 me some Tylenol but I was still In Pain And
27 he said he still had not Filled out Paperwork.
28    On 6-14-2007 I was In Pain And A little shocked

5.

1. up about the incident. I seen the 3rd watch
2. sergent Pitts walking the tier. I ask him if I
3. talk to him. I've known Pitts for a while and
4. figured I could confide in him. he could tell
5. I was shook up. I told him what had happen
6. and he ask me what 2nd watch was going
7. to do for me. I told him about the regular job
8. and told they were suppose to get me medical
9. attention. He told me he was going on days off
10. to get ahold of him when he came back. If
11. they did not take care of this.
12.  13.  On 6-15-2007 I got a ducat to go to triage
13. (The doctor) on 6-18-2007.
14.  14.  I seen sergent Canuon an Leola in the morning
15. of the 18th before the appointment walking from
16. the back of west block, so I stopped Canyon
17. and told him about ducat. He said don't worry
18. about it sergent Leola would be at the Gym if
19. If there was any problems.
20.  15.  On 6-18-2007 I was called in to see nurse
21. Etter at the same time as Glen Briggs Cell 412
22. west block another state prisoner who was
23. assauted by this same officer approximatley 1½
24. weeks prior. who was there because of blood
25. in his stool. He was kicked in back by Stokley
26. while being put in cage. Is what he told
27. nurse Etter.
28.  16. After we both spoke to nurse Etter and she

6

1. And she told us this officer needed to be suspended that we needed to make sure we told the doctor exactley what happed, and I think she told to talk to Sergent Leola.

17. Then I Terry Cranford and Glen Briggs was standing in front of nurses office I started talking to sergent Leola about what was going on, and he said he did not know that all this had happened he had to call Canyon. When he went into office to call the two officer Lopez an Rippenberg started calling me a Protective Custody case and snitch in front of Inmates waiting to see nurse. When Leola came out I told him what these officers were saying an let him know it was probally going to cause problems in west block if I was not taken to Adminstrative Segratation.

18. Sergent Leola took me to front sergents office where sergent Canyon showed up. And ask me what was going on. I told him me and Briggs was taken in to see nurse at the same time, and when she found out the same officer assaulted both of us. It had to be Reported and something done about it. Canyon had Leola go get Briggs and ask us again what we had told the nurse. We both told him that we had been assaulted by Stokley. They had us step out of office. And called the nurse in to talk to her.

7

1. when she came out Then called us back In And Canyon
2. Told Briggs you lied To me, you did not Tell me you
3. The nurse I had you Around The Throat. Leoln Then
4. said The only way To handle This by Procedure
5. Is Put Them both In Ad-seg And start Investigation
6. Canyon did not want To do This he said Let
7. Try To Figure out A way To Clean This up. Then
8. They both ask IF It was Alright To cancel my
9. Appointment And Reschedule.
10. 19. So The Two sergeants had me And Briggs step
11. out of Office Again, And Called officer Lopez To
12. Excort us back To west block And Told us To set
13. Barbar Chair And wait For him. when Canyon
14. got back he called us Into office, said he had
15. A way To Clean It up so no Prisoner would call
16. snitch's, harrass, us And we would not Recieve A
17. write-up. (other words Trying To Twist It up like
18. we did something wrong.) Doing so by writing
19. A 128-G Chrono Stating we were not Assaulted by
20. Any west block Staff. And having It sign In Front
21. of Another officer. This way we would not be
22. Taken To Ad-seg And we would have This To show
23. Inmates IF we we harrassed.
24. 20. on 6-18-2007 At Approximatley 5:00 p.m while
25. exiting To dinner I saw Sergeant Pitts. he ask IF
26. I had Recieved medical Attention. I Told him no
27. he was not happy About It And Told me To come,
28. see him After I Ate. he already new About The Chrono

8.

He told me he was taken me to get checked out. An I was going to be put in Ad-seg. He and Lt Klugger were going to do vidio interview and start investigation. At medical examination vitals was 166-98 the physician said he could tell I was harboring pain but could not find anything at prest time. I ask to be let go back to unit because I new the night was going to be long and I wanted to lay down.

21. As of 8-16-2007 I have still not been taken to see dentist. And have seen doctor on numerous occassions and givin only napersion and motrin for pain. I have had X-ray of spine and waiting for hip X-ray which I was ducated for on 8-10-2007 and was never taken.

I have been in Ad-seg since the 18th of June for this incident. Non-displinary purpose waiting for investigation completion. Its been 55 days I was told at classification hearing on th 27th of June I would be back to hearing in 30 day's (never happened)

9.

1. InJunctive Relief of Transfer, medical and
2. Dental.
3. monetary Relief of $500,000 dollar's
4. I declare under penalty of perjury that the foregoing is true and correct.

6. Signed this 28th day of August, 2007

8. *Terry D. Crawford*
   (Plaintiff's signature)

COMPLAINT  10-

Caption For Informia Pauperis

The Reason For This Short Caption sheet To court Is To explain That Plaintiff Attached Trust Account Activity Sheet He Recieved Prior To submitting Informia Pauperis Certificate of Funds sheet To Trust account office on Approximatley 8-12-2007. That They Are not Returning To him Intentionally. (Notice 4 days For Trust account Activity sheet Produced)

Plaintiff Feels San Quentin Is Trying To Delay Plaintiffs Access To Courts which Is Delaying Plaintiffs Injuntive Relief.

Plaintiff on This 28th day of August 2007 notifies court he sent Another Informia Pauperis To Trust Accounts, And IF And when he Recieves It he will Forward It To Court Impediatley

Respectfully submitted
Terry Cranford
8-29-2007

