E-filing

FILED
07 SEP -6 PM 1:5⌣
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terry D. Cranford Plaintiff,

vs.

California Department of Corrections
Robert L Ayers  Warden Ret
sergent Canyon
officer Stokley et. Al.  Defendant.

CASE NO. C 07 4611 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Terry Cranford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____        - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  __HayHoe Masonary_____ #13:00 dollars a hour
4  _____ #520.00 Gross_____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8     a.   Business, Profession or                  Yes ___ No ✓
9          self employment
10    b.   Income from stocks, bonds,               Yes ___ No ✓
11         or royalties?
12    c.   Rent payments?                           Yes ___ No ✓
13    d.   Pensions, annuities, or                  Yes ___ No ✓
14         life insurance payments?
15    e.   Federal or State welfare payments,       Yes ___ No ✓
16         Social Security or other govern-
17         ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?                           Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support:$ ____0____
28
    PRIS. APPLIC. TO PROC. IN FORMA
    PAUPERIS, Case No._____           - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?    Yes ____  No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ____  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No ✓ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____  No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash? Yes ____ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____  No ✓

_____

8.  What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____     - 3 -

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
2  they are payable. Do not include account numbers.)
3  _Lawyer's   Set  at   $500.00  A  month._
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented in
6  other lawsuits?                               Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
8  they were filed.
9  _Petersen  vs  Crawford   Federal  Court_
10 _Telltune  vs  Crawford   Federal  Court_
11     I consent to prison officials withdrawing from my trust account and paying to the court the
12 initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and understand
14 that a false statement herein may result in the dismissal of my claims.
15
16 _8-28-2007_                    _Terry Crawford_
17    DATE                        SIGNATURE OF APPLICANT

Case Number: _____

### CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

[prisoner name]

<u>SAN Quentin State Prison</u> where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY


--------------- ACCOUNT INFORMATION ---------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  J79096
   ACCOUNT NAME:  CRANFORD, TERRY
   ACCOUNT TYPE:  I
CURRENT BALANCE:          0.38
   HOLD BALANCE:          0.00
 ENCUM. BALANCE:          0.00
      AVAILABLE:          0.38
PRIVILEGE GROUP:  U
   LAST CANTEEN:  06/07/2007
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE   TRAN    AMOUNT    DESCRIPTION     CHECK NUM    COMMENT       BALANCE
--------  ----  ----------  --------------  ----------  -----------  -----------
12/29/06  D300        2.68  CASH DEPOSIT                 2360/R&R          2.68
01/08/07  FC01        2.68- DRAW-FAC 1                   2460/MAIN1        0.00
05/25/07  D300       22.63  CASH DEPOSIT                 4045/R&R         22.63
06/07/07  FC01       22.63- DRAW-FAC 1                   4161M1ST          0.00
07/07/07  FR01        0.38  CANTEEN RETURN               700057            0.38

PAGE#     1 OF     1 PAGES
```

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS -------

ACCOUNT  NUMBER:  J79096
   ACCOUNT NAME:  CRANFORD, TERRY
   ACCOUNT TYPE:  I
CURRENT BALANCE:         0.38
   HOLD BALANCE:         0.00
  ENCUM. BALANCE:        0.00
      AVAILABLE:         0.38
PRIVILEGE GROUP:  U
   LAST CANTEEN:  06/07/2007

--------- HOUSING LOCATION ---------      --------- ARRIVAL INFORMATION ----------

       FACILITY:  SQ    RC                  ARRIVAL DATE:   06/19/2007
BED/CELL NUMBER:  C 4 00000000014L          ARRIVAL STATUS: PERM
                                            FROM LOCATION:  SQ
                                            ARRIVAL COMMENT:

 TS210BA              BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
Type a starting date, OR press ENTER for all transactions, OR press F5, F6, F8
```

| STATE OF CALIFORNIA GA 22 (9/92) | | | INMATE REQUEST FOR INTERVIEW | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|---|
| DATE 8-5-2007 | TO Trust Accounts | | FROM (LAST NAME) Terry Crawford | | CDC NUMBER J-79096 |
| HOUSING 4-14-C | BED NUMBER | WORK ASSIGNMENT | AUG 09 2007 | JOB HOURS FROM | TO |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | | | ASSIGNMENT HOURS FROM | TO |

Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Could I Please Get A Trust Account Activity sheet. For August. I Am suppose To be getting Two checks and have not Recieved notice.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY D.B.    DATE 8/9/07

DISPOSITION See attached printout

San Quentin State Prison
Inmate Trust Office
San Quentin, CA 94964