**FILED**
SEP 12 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEP 04 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terry D Cranford
          Plaintiff,

vs.

California Department of Corrections Reh.
Robert L Ayers; Warden
Sergeant Canyon
Officer Stokley Et. Al
          Defendant.

CASE NO. C 07 - 4611 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Terry Cranford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____HayHoe Masonry $13.00 A Hour_____
4  _____$52000 Gross_____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

8       a.   Business, Profession or           Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,        Yes ___ No ✓
11           or royalties?
12      c.   Rent payments?                    Yes ___ No ✓
13      d.   Pensions, annuities, or           Yes ___ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments, Yes ___ No ✓
16           Social Security or other govern-
17           ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?                      Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support:$ ___0___
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ✓ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $_____   Utilities: _____

Food: $_____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1. Lawyers et al $500.00 A month

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Pedersen vs Cranford    Federal Court
Telhune vs Cranford    Federal Court

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7-28-2007                                    Terry Crawford
DATE                                         SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _TERRY CRANFORD_ for the last six months at
[prisoner name]
_SAN Quentin State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _3.77_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _3.83_.

Dated: _9-5-07_               _Larry Ward_
                              [Authorized officer of the institution]

```
REPORT ID: TS3030  701                         REPORT DATE: 09/04/07
                                                     PAGE NO:    1
            CALIFORNIA DEPARTMENT OF CORRECTIONS
                     SAN QUENTIN PRISON
                 INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: MAR. 01, 2007 THRU SEP. 04, 2007

ACCOUNT NUMBER:  J79096              BED/CELL NUMBER: C  4 000000000014L
ACCOUNT NAME  :  CRANFORD, TERRY        ACCOUNT TYPE: I
PRIVILEGE GROUP: U

                    TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION          COMMENT    CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
----    ----  -----------          -------    ---------   --------    -----------    -------
03/01/2007  BEGINNING BALANCE                                                           0.00

05/25  D300  CASH DEPOSIT          4045/R&R                22.63                       22.63
06/07  FC01  DRAW-FAC 1            4161M1ST                              22.63          0.00
07/07  FR01  CANTEEN RETURN  700057                                       0.38-         0.38

                          TRUST ACCOUNT SUMMARY
                   BEGINNING    TOTAL     TOTAL     CURRENT    HOLDS      TRANSACTIONS
                    BALANCE   DEPOSITS WITHDRAWALS  BALANCE   BALANCE     TO BE POSTED
                   ---------  -------- -----------  -------  ---------    ------------
                      0.00      22.63      22.25     0.38      0.00          0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                          -----------
                                                              0.38
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 9-5-07
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE