Terry Crawford
J-78096 4-14-Carsen
San Quentin State Prison
San Quentin Calif
94974

[NSF SAN QUENTIN STATE PRISON seal]

RECEIVED
SEP 11 2007
[Clerk stamp] pro se

Legal mail

Clerk of United States District Court
450 Golden Gate. P.O. Box 36060
San Francisco, CA.
94102



Hasler
012H1621270.3
Mailed From 94964
09/06/2007
$00.750
US POSTAGE