Terry Dale Crawford
J-79096    4-14. Carsen section
San Quentin State Prison
San Quentin California.
            94974.

Case No.
C-07-4611-SBA

**FILED**

OCT - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To: Clerk of Court, An.
    Honorable Judge Saundra Brown Armstrong.

Hello.

    I am in Receipt of the Form-ECF Registration Handout - you sent me to Facilitate my Claim. I am at a loss as to how to comply with the specific Instructions. Also There was not no Application to fill out enclosed. Due to being in prison and no to Cumputer. For submitting my data. Could you please advise me how to comply. From here or give me a Alternatife solution.

    I would also like to inform the court that counselor Woodford was at mu cell door and had me sign the Certifide Trust Account Informia Pauperis The The Court Requested And said He was going to mail it to court on 8-27-2007.

    I also sent The Informia Pauperis The court sent me To Trust Accounts on 9-26-2007. with The E.C.F Handout Booklet.

Respectfully submitted
Terry Crawford



$00.41⁰
OCT 01 2007
MAILED FROM ZIP CODE 94964

Terry Crawford
I-79096 4-L4-Carsen
San Quentin State Prison
San Quentin California
94974

Office of Clerk, US District Court
Northern District of California
1301 Clay St Suit 400S
Oakland California 94612-5212



Legal Letter