FILED
07 OCT -4 PM 5:02
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Terry Crawford          Plaintiff,

vs.

California Department of Corrections
Robert L Ayers warden Reb.
Sergeant Caynon
officer D Stokley et Al     Defendant.

CASE NO. C 07 4611

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

I, Terry Crawford, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Hay Hoe Masonary_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.  Business, Profession or                     Yes ___ No _✓_
10         self employment
11    b.  Income from stocks, bonds,                  Yes ___ No _✓_
12        or royalties?
13    c.  Rent payments?                              Yes ___ No _✓_
14    d.  Pensions, annuities, or                     Yes ___ No _✓_
15        life insurance payments?
16    e.  Federal or State welfare payments,          Yes ___ No _✓_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                              Yes ___ No _✓_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?   Yes ____ No -0-
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ____ No -0-
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No -0- (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No -0- Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No -0-
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____-0-_____ Utilities: ___-0-_____
23 Food: $ _____-0-_____ Clothing: ___-0-_____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Laywer Bills       approx $500.00

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Crawford v Pedersen       Federal court

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

9-25-2007                    Terry Crawford
DATE                         SIGNATURE OF APPLICANT

1
2                                                  Case Number: C-07-4611 S.B.A
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                        **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
                                              [prisoner name]
14   _____ where (s)he is confined.
         [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____                        _____
20                                           [Authorized officer of the institution]
21
22
23
24
25
26
27
28