U.S. District Court
California Northern District Oakland

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Terry Cranford | Civil Case 4:07cv04611 S.BA |
| Pro se Plaintiff | |
| vs | Judge Saudra B. Armstrong |
| Department of Corrections | Letter Concerning |
| And Rehabilitations | Process, Notice of |
| Robert Ayers JR. warden | motion. And Amending |
| Caynon        sergent | complaint. To Demand |
| Stokley         officer | Jury Trial |
| Et. Al. Defendants | |

Hello,

Reason being for this letter is upon Pro se Plaintiff viewing status Report dated oct. 29. Recieved Nov 1st 2007, Plaintiff noticed complaint by court filed on 9-6-2007 and also modifed on 9-11-2007.

Plaintiff is not sure if this means court has done process for Plaintiff, or if it still has to be done. If it still has to be done Plaintiff is asking court if court has a standard summons form that can be provided to Plaintiff to fill out and returned to court for serving.

Also in this same letter Plaintiff would like to notify court that there is no return date or notice of motion combined with motion for fact being Plaintiff is only afforded one hour of law library a week.

Page 1 of 7

1. And Plaintiff has not been able to research
2. proper form of notice of motion or time frames
3. on return dates.
4.     Plaintiff is also at this time respectfully
5. asking courts permission to amend complaint to
6. read Demand For Jury Trial.

9.     This letter being submitted to court and is
10. true to the best of knowledge under penality
11. of perjury of law.

14.     Terry Cranford
15.     11-11-2007