U.S. District Court

California Northern District Oakland

**FILED**

NOV 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Terry Cranford,
      Pro se Plaintiff

      vs

Department of Correction

And Rehabilitations

Robert Ayers J.R warden

      Caynon    Sergent

      Stokley    officer
            et al defendents

Civil Case 4:07 cv 04611 S.BA

Judge Saundra B. Armstrong

Demand For Jury Trial

motion For Counsel

Return date

Following section 42 u.s.c 1915 Plaintiff Terry Cranford Respectfully Ask Court For Attorney counsel For Following Facts and Reasons.

1. Plaintiff Is unable To Afford Attorney Representation.

2. Plaintiff Is In Ad-segregation And Its Almost Impossible To Contact wittness And Staff That might be helpful.

3. Plaintiffs segregation make him have very limited access To Law Library.

4. Plaintiff Is A layman At Law And Research.

5. Plaintiff has only 8th grade Education.

6. Plaintiff has tryed to obtain Attorney Representation with no Response At present Time.

7. Plaintiffs case has been desinated For Eletronic Filing And Plaintiff has no Access To Any Electronic Filing devices.

This motion Is being submitted To court on The __11__ day of November 2007 under The penality of Perjury of law..

Terry Cranford
11-11-2007