1  U S District Court
2  California Northern District Oakland
3
4
5
6  Terry Cranford                    Civil Case 4:07 cv 04611
        Pro se Plaintiff
7   vs                                Judge Saundra B. Armstrong
8  Department of Correction           Demand For Jury Trial
9  And Rehabilitations                Affidavit In support of
10 Robert Ayers Jr. warden            motion For Counsel
11 Caynon       sergent               Return date.
12 Stokley      officer
13              Et. Al. defendents
14
15     Terry Cranford Plaintiff being duly sworn
16 deposes And says.
17
18     1. I Am Plaintiff In case 4:07 cv 04611 S.B.A And
19 make This Affidavit In support of motion For Counsel
20
21     2. The Complaint Alleges he was subjected To
22 use of Excessive Force, "deliberate Indifference" In
23 need Causing "Due Process" violation
24     And Following 602 At 1st Informal Review
25 Captain states sergent And officer That walked In
26 while Plaintiff was being Kicked Are Denying seeing
27 This. And Plaintiff Is having difficulty getting document
28

3. Plaintiff feels he going to have problems getting staffs full names, statments and prisoners where abouts because of confidentuality.

4. Plaintiffs case is probally going to require discovery documents, and depositions of several different staff wittness that plaintiff will have very difficult time getting.

6. Plaintiff has only 8th grade education and has recently been taken out of triple c.m.s program. And taken off medication for mental disorder.

6. Plaintiff went to classification comittee on october 31 2007 and was told he was put up for transfer to a level 4 prison when prisoner should only have level 1 points because he is in prison on new committment. which he plainly made known. And feels this is in futher reprisal and will make getting documents even harder.

This affidavit being submitted under the penality of perjury of law on Nov. 11. 2007.

Terry Cranford
11-11-2007

## FORM E

Proof of Service by Mail

[Case Name and Court Number] Terry Cranford   4:07-cv-04611 S.B.A
vs
I declare that:   California Department of
Corrections an Rehabilitations
et. Al

I am a resident of SAN Quentin in the county of Marin, California. I am over the age of 18 years. My residence address is:

Terry Cranford J-79096 4-14-Carsen SAN Quentin State Prison

On Nov 11-2007, I served the attached Motion For Counsel on the Federal Court Oakland in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at SAN Quentin State Prison addressed as follows:

Office of The Clerk U.S District Court Northern District, 1301 Clay St. Suite 400 s Oakland California 94612-5217

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on Nov 11-2007 [date], at SAN Quentin, California.

Terry Cranford
[Type or Print Name]

Terry Cranford
[Signature]

Page 7 of 7

Terry Crawford
J-79096 4-14-Carson
SAN Quentin California State Prison
SAN Quentin California
94974

Legal Mail

94612*5225-C037

Office of Clerk U.S District Court
Northern District of California
1301 Clay St, Suite 400s
Oakland California
94612-5212

USA MAILED FROM ZIP CODE 94964