**FILED**

JAN 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  United States District Court
2  Norther District of California
3
4
5  Terry Dale Cranford      Civil Case 407 cv 04611 S.B.A
   Plaintiff
6        v                  Judge Saudra Brown Armstrong
7  California Dept of Corrections    Demand For Jury Trail
      et al
8      Defendents.           Affidavit
9                            or Letter To Pro se
10                           Clerk of Court
11
12
13      Terry Dale Cranford now Produce To The
14  Court Summons To Produce with complaint
15  doing so giving Court Jurisdiction on
16  case Terry D. Cranford v California Dept of
17  Corrections. 4:07 cv. 04611 S.B.A. Plaintiff
18  mailed letter on November 11, 2007. Asking
19  Court For Standard Summons IF Process had
20  not been Served. And got no Response. Upon
21  Plaintiff study He Found Copy of Summon
22  And mailed As soon As Possible.
23
24
25           Terry Cranford
26           1-22-2008
27
28

Terry D. Crawford
J-79096 4-14-C
San Quentin State Prison
San Quentin California
94974

Office of Northern District Clerk
1301 Clay St Suite 400S
Oakland California
94612-5212

Legal Letter 1-22-2008