Copy of Letter sent to Clerk

FILED
2008 FEB -6 PM 2: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Terry D. Cranford
Plaintiff
-v-
California Dept of Corrections
defendants et. al.

Case No. C-07-04611 S.B.A
Judge Saundra Brown Armstrong
Demand for Jury Trail
Letter to Pro Se, Clerk
Requesting Any Local
or New Rules or
Procedures on motions,
discovery an civil
Justice delay and
Expense Plan.

On this 31st day of January 2008, Plaintiff Terry Cranford. Respectfully ask Clerk of Northern District, Oakland Division for following.

1. Assitance in obtaining any new Local Rules and Procedures on filing motions.

2. Assistance in obtaining any new Local Rules and Procedures on discovery.

3. Assistance in obtaining any thing on civil Justice delay and Expense Reduction Plan.

Terry Cranford
Respectfully Requested.
Thank you.

Page 1 of 2

# DECLARATION OF SERVICE BY MAIL

I, __Terry Crawford__, the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

      CDC No. __J-79096__   Housing __4-14- Carsew section__
      San Quentin State Prison
      San Quentin, CA 94974

On __January 31st__, __2008__, I served the following document(s):
    Month/Day       Year

__Letter Requesting new Rules And Procedures of Court.__
__Civil Justice delay and expense Plan.__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

__Office of Clerk U.S. District Court__
__Northern District of California__
__1301 Clay St Suit 400 S__
__Oakland California__
__94612 - 5212__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __31st__ day of __January__, __2008__, at San Quentin, CA, County of Marin.

                                                __Terry Crawford__
                                                Signature of declarant

Terry Crawford
J-79096 4-14-Carsen
San Quentin State Prison
San Quentin California
94974



Office of Clerk U.S District Court
Northern District of California
1301 Clay St. Suite 400 S
Oakland California
94612-5212



Legal Letter 1-31-2008