FILED

2008 FEB -6 PM 2:51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Terry D. Cranford
Plaintiff
-v-
California Dept of Corrections
defendants

Case No. C.07-04611 S.B.A
Judge Saundra Brown Armstrong
Demand For Jury Trail
Motion For Production of
Initial Disclosure From
defendants

On This 31st day of January 2008 Plaintiff Terry Cranford moves to ask Courts Permission and serve on defendants, California Department of Corrections, Et Al The Following Initial disclosures. By service of U.S Marshal, as court is aware of Plaintiffs Informa Pauperis, Pro se status.

1. The First and Last Name, Addresses and work Positions of Following C.D.C. Employees.

1. Lt. Klugger
2. Lt Footman
3. Sergant R. Cannon
4. Sergant Pitts
5. Sergant Leola
6. Officer K. Davis
7. Officer D. Stokley
8. Officer Rippenberg
9. Officer Lopez
10. Officer R. Broyles
11. M.T.A Kathy
12. R.N Bray state Worked Infirmary on 6-12-2007

1. 13. Nurse Etter That works Gym Triage.
2. 14. Agent Kerman Knight C.D.C - Internal Affairs
3.  2. First And Last Names And Whereabouts
4. If Known of Following Prisoners.
5.  1. Glenn Briggs   412 West Block on 6-12-2007
6.  2. Jetteria Moore   167 West Block on 6-12-2007
7.  3. Inmate Jones   171 West Block on 6-12-2007
8.  4. Inmate Boidon   536 Donner on 12-15-2007
9.           or There Abouts
10.  5. Gregory Thompkins   168 West Block 6-12-2007
11.
12.
13.  3. Notification of Any All other 602 Administrat-
14. ive Appeals And Citizen Complaints Pursuant To 148.6
15. And 832.5 In Following C.D.C Employees Personnel
16. Records
17.  1. Sergant R. Cannow
18.  2. Officer D. Stokley
19.  3. Officer K. Davis
20.  4. Officer R Broyles
21.
22.  4. Any And All documents Following Section
23. 3268-3268.2 And 3275-3278 of Title 15 Rules And
24. Regulations on Standard Procedure set Forth For
25. use of Force And Procedure For Reporting And
26. Reviewing Incident.
27.  And Any And All document From Incid-
28. ent, From Time of Incident To Present Time

1  Following above standards and Procedures.
2
3       The above mentioned Initial disclosures
4  are Respectfully Requested for wittness and
5  credibility of defendant Testimony of stat-
6  ment.

                                    Respectfully submitted
                                    Terry Cranford
                                    Dated 1-31st 2008

# DECLARATION OF SERVICE BY MAIL

I, _Terry Dale Crawford_, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. _J-79096_   Housing _4-14 · CARSen section._
San Quentin State Prison
San Quentin, CA 94974

On _January 31_, _2008_, I served the following document(s):
_motion For Production oF Initial discovery. And_
_Copies To be served By u.s marshal on each_
_defendant._

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

_office oF The Clerk u.s District Court_
_Northern District oF California_
_1301 Clay st. suit 400 S_
_Oakland California._
_94612·5212_

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this _31st_ day of _January_, _2008_, at San Quentin, CA, County of Marin.

_Terry Crawford_
Signature of declarant



Office of Clerk U.S District Court
Northern District of California
1301 Clay St. Suite 400 S
Oakland, California.
94612-5212

Terry Crawford
J-79096 4-14-Carsew
San Quentin State Prison
San Quentin California
94974



Legal letter 1-31-2008