

Terry Cranford
J-79096 4-14-C
San Quentin State Prison
San Quentin California
94612-5212

Office of Clerk U.S District Court
Northern District of California
1301 Clay St Suite 400 S
Oakland California
94612-5212

Legal letter mailed 3-3-2008