**FILED**
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court
Northern District of California

Terry D. Cranford
  Plaintiff
        -v-
California Dept of Corrections
     defendants et. al

Case No. C.07·04611 S.B.A
Judge Saundra Brown Armstrong
Demand For Jury Trail
Letter Concerning 20%
Filing Fee For Informa
Pauperis & Request
About Service of
summons & Complaint

On this 9th day of march 2008. Plaintiff moves to inform the court by mail of defendent's violating court order on filing fee's dated and signed by Judge Saundra Brown Armstrong 1-15-2008.

For month of Febuary 2008 Plaintiff had $231.55 in trust account. Therefore there should of been approximatly $46.00 deducted from plaintiffs prison trust account.

Plaintiff recieved trust account sheet dated 2/19/2008 and nothing had been deducted and sent to court.

Plaintiff also moves to ask court if service of summons and complaint has

1  been made on defendents yet. This being
2  the second such request. Because plaintiff
3  does not want to violate court set deadlines
4  for service of complaint and summons.

Terry Cranford<br>3-9-2008

# DECLARATION OF SERVICE BY MAIL

I, __Terry Crawford__, the undersigned, declare:
     Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

    CDC No. __J-79096__    Housing __4-14- Carsen__
    San Quentin State Prison
    San Quentin, CA 94974

On __9th__ __March__, __2008__, I served the following document(s):
    Month/Day    Year

__Letter concerning Informa Pauperis Filing Fee.__
__And Time deadline For service of Summons__
__And Complaint.__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

__Office of The Clerk U.S District Court__
__Northern District of California__
__1301 Clay St Suite 400 S__
__Oakland California.__
__94612-5212__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __9th__ day of __march__, __2008__, at San Quentin, CA, County of Marin.

                                    __Terry Crawford__
                                    Signature of declarant

Terry Cranford
J-79696 4-14-Larsen
San Quentin State Prison
San Quentin California
94974

U.S. District Court Clerk
Northern District of California
1301 Clay St Suit 400 S
Oakland California
94612-5212

legal letter mailed 3-9-2008