FILED

2008 APR 24  PM 12: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California.

Terry D. Cranford          Case No. C. 07-04611 S.B.A
        Plaintiff
     -V-                   Judge Saundra Brown Armstrong
California Dept Of Corrections  Demand For Jury Trail
        Et. Al               This Letter Is To
                             Notify The Court
                             Of Change Of Address

On This 23rd day of April 2008 I Terry
Cranford Plaintiff Notifies The Court Of Change
Of Address From San Quentin State Prison, To The
Following 600 Morgan Street, Santa Rosa Calif.
95401.

Terry Dale Cranford
4-23-2008

# DECLARATION OF SERVICE BY MAIL

I, _Terry Cranford_ , the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. _J-79096_    Housing _____

San Quentin State Prison
San Quentin, CA 94974

On _April 23_ , _2008_ , I served the following document(s):
   Month/Day      Year

_Change of Address_

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

_Northern Federal District Court_
_1301 Clay st. Suite 400S_
_Oakland Calif_
_94612-5212_

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this _23_ day of _April_ , _2008_ , at San Quentin, CA, County of Marin.

_Terry Cranford_
Signature of declarant

NORTH BAY CA 949

23 APR 2008 PM 4 L

USA 41

Terry Cranford
600 morgan st
Santa Rosa Calif
95401

united state district Court Clerk
Northern Federal District of Calif
1301 Clay St suite 400 s
Oakland California
94612- 5212

Date mailed 4-23-2008