IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY OAK CRANFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, et al.,<br><br>    Defendants.                   / | No. C 07-04611 SBA (PR)<br><br>**ORDER ADDRESSING PENDING MOTIONS** |

     Before the Court is Plaintiff's request for leave to file an "amended complaint;" however, the Court construes his request as a motion for leave to file a supplement to the complaint.

     A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. See Fed. R. Civ. P. 15(a). Where a plaintiff seeks to amend after a responsive pleading has already been served, however, the decision whether to grant leave to amend is committed to the sound discretion of the trial court. Waits v. Weller, 653 F.2d 1288, 1290 (9th Cir. 1981). Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments and, in general, leave shall be freely given when justice so requires. Janicki Logging Co. v. Mateer, 42 F.3d 561, 566 (9th Cir. 1994).

     The Court notes that the defendants in this action have not been served at this time. Plaintiff may as a matter of course amend his complaint because a responsive pleading has not yet been served. See Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion for leave to file a supplement to the complaint is GRANTED.

     The Clerk of the Court is directed to file the document filed on March 5, 2008, which is labeled "Demand for Jury Trial, Exhausted 602 for Staff Complaint and Exhibits," and docket the aforementioned document as Plaintiff's "Supplement to the Complaint." The Clerk is further

1  directed to mark the Supplement to the Complaint as filed on March 5, 2008, the date it was
2  received by the Court.
3       Also before the Court is Plaintiff's motion entitled, "Motion for Production of Initial
4  Disclosure from Defendants," which the Court will construe as a motion to screen the original
5  complaint under 28 U.S.C. § 1915A.  Plaintiff's motion (docket no. 14) is also GRANTED.  The
6  Court will review Plaintiff's original complaint and Supplement to the Complaint in a separate
7  written Order.
8       This Order terminates Docket nos. 7 and 14.
9       IT IS SO ORDERED.
10 DATED: 7/1/08                                    *Saundra B Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
11                                                  United States District Judge

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.07\Cranford4611.amend&screen.wpd        2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERRY OAK CRANFORD,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV07-04611 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry D. Cranford J-79096
600 Morgan Street
Santa Rosa, CA 95401

Dated: July 2, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Cranford4611.amend&screen.wpd